UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JAN -8 PM 1: 21

CLERK

BY 2AL
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:26-cr-4-1 |
| | ) |
| JONEYKER RAFAEL RAMOS GUILLEN | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

### Counts One through Four
**(Bringing Aliens to the United States for Private Financial Gain)**

On or about December 23, 2025, in the District of Vermont and elsewhere, the defendant, JONEYKER RAFAEL RAMOS GUILLEN, knowing and in reckless disregard of the fact that certain persons, specifically:

| Count | Alien's Initials |
|---|---|
| 1 | B.G.G. |
| 2 | L.N. |
| 3 | Z.X. |
| 4 | Minor Child 1 |

were aliens without prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of private financial gain.

(8 U.S.C. §§ 1324(a)(2), (a)(2)(B)(ii))

### Count Five
### (Illegal Entry)

On or about December 23, 2025, in the District of Vermont, the defendant, JONEYKER RAFAEL RAMOS GUILLEN, being an alien, did knowingly and illegally enter the United States at a place other than as designated by an immigration official.

(8 U.S.C. § 1325(a))

TRUE BILL

FOREPERSON

MICHAEL P. DRESCHER
First Assistant United States Attorney

JONATHAN A. OPHARDT
Assistant United States Attorney
Chief, Criminal Division

DAVID GOLUBOCK
Assistant U.S. Attorney
Burlington, Vermont
January 8, 2026