UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 MAR 13 PM 4:45

CLERK

BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA    )
    )
v.    )    Case No: 2:26-cr-00004
    )
JONEYKER RAMOS GUILLEN ,    )
    Defendant.    )

## ORDER

On March 13, 2026, Defendant filed a motion to extend the deadline for filing pretrial motions. The government does not oppose this request. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice outweigh the interest of Defendant and the public in a speedy trial and that such ends are best served by granting an extension of time. The government extended an offer below the mandatory minimum sentence that Defendant was only recently made aware of. An extension of time is necessary for the Defendant and his counsel to meet further and discuss his case. Defendant consents to the exclusion of time under the Speedy Trial Act.

Defendant's motion is, therefore GRANTED. The new deadline for defense motions is April 30, 2026.

It is further ordered that the period of delay resulting from this extension shall be excludable in computing the time in which the trial in this case must commence pursuant to the Speedy Trial Act and this District's Plan for Prompt Disposition of Criminal Cases.

Dated at Rutland, in the District of Vermont, this 13th day of March 2026.

Mary Kay Lanthier
United States District Judge